| INN - PROB 22 Rev. 05/04 | **08 CR 503** TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 0755 2:06CR00106 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Christina Marie Rivera | DISTRICT Northern District Of Indiana | DIVISION Hammond |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Rudy Lozano | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM April 22, 2008 | TO April 21, 2011 |

OFFENSE
BANK FRAUD

RECEIVED JUN 0 1 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

**JUDGE CONLON  MAGISTRATE JUDGE SCHENKIER**

FILED JUN 2 4 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Northern District of Illinois (Chicago Division)    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5/21/08_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Illinois _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN 2 3 2008
Effective Date

_[signature]_
United States District Judge