INN - PROB 22
Rev. 05/04

**08 CR 503 FILED**

JUL 07 2008

**TRANSFER OF JURISDICTION**

STEPHEN R. L. MIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0755 2:06CR00106 |
| DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christina Marie Rivera | Northern District Of Indiana | Hammond |

NAME OF SENTENCING JUDGE

The Honorable Rudy Lozano

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | April 22, 2008 | April 21, 2011 |

OFFENSE
BANK FRAUD

RECEIVED

JUN 0 3 2008

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

**JUDGE CONLON    MAGISTRATE JUDGE SCHENKIER**

THE COPY OF COURT
STEPHEN R. ... WINS, CLERK

BY

U.S. DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS

DATE JUL 0 1 2008

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                    Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or
or supervised releasee named above be transferred with the records of this Court to the United States
District Court for the    Northern District of Illinois (Chicago Division)    upon that Court's order
of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or
supervised release may be changed by the District Court to which this transfer is made without further
inquiry of this court.*

5/21/08
*Date*

/s/ Rudy Lozano
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE        Northern        DISTRICT OF        Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised
releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**

JUL 1 1 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

JUN 2 3 2008
*Effective Date*

/s/ Other Court Judge
*United States District Judge*



**MICHAEL W. DOBBINS**

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**July 1, 2008**

08 cr 503

312-435-5698

08cr503
Judge Conder
Mag Judge
Schenkier

## FILED

JUL 07 2008

At _____ M.
STEPHEN R. __OWIG, Clerk
U.S. DISTRICT COURT
ORTHERN DISTRICT OF INDIANA

Northern District of Indiana
U.S. District Court
Office of the Clerk
United States Courthouse,
Suite 2300
5400 Federal Plaza
Hammond, IN 46320

Dear Clerk:

Re:  0755  2:06CR00106    USA v.  Christina Marie Rivera    Judge Rudy Lozano

Our Case Number:    08 CR 503 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with  the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:

Marsha E. Glenn
Deputy Clerk

Enclosure

H8, TERMED

## U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
## CRIMINAL DOCKET FOR CASE #: 2:06-cr-00106-JTM-PRC All Defendants
## Internal Use Only

Case title: United States of America v. Hunt et al          Date Filed: 06/23/2006

---

Assigned to: Judge Rudy Lozano
Referred to: Magistrate Judge Paul R
Cherry

### Defendant (1)

**James W Hunt**                    represented by   **Stephen Edward Scheele**
*TERMINATED: 06/27/2008*                             Goodman Katz Scheele & Bauswell
                                                     9013 Indianapolis Blvd
                                                     Highland, IN 46322
                                                     219-838-9200
                                                     Fax: 219-972-7110
                                                     Email: ses@gk4law.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: CJA Appointment*

> UNITED STATES DISTRICT COURT
> NORTHERN DISTRICT OF INDIANA
> I hereby certify that the foregoing is a
> true copy of the original on file in this
> court and cause.
> STEPHEN R. LUDWIG, CLERK
> By _____
> DEPUTY CLERK
> Date JUL 0 8 2008

### Pending Counts

1029(a)(2), 1029(b)(2), 1343, 1344
AND 1349 CONSPIRACY TO
PRODUCE COUNTERFEIT
DEVICES
(1)

### Disposition

Deft is hereby committed to the custody
of the BOP for a term of 57 months.
Upon release from Imprisonment deft
shall be placed on supervised release for
a period of 5 years. Restitution in the
amount of $120,000.00 ordered. No
Fine Imposed. Special Assessment in
the amount of $100.00 due
immediately.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:1344 AND 2 BANK FRAUD
(2-8)

### Disposition

Dismissed upon Motion from the
Government at Sentencing.

18:1343 AND 2 FRAUD BY WIRE, RADIO, OR TELEVISION
(9-15)

Dismissed upon Motion from the Government at Sentencing.

18:1029(A)(2), 18:2, 21:853, 18:982 PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE, AIDING AND ABETTING, CRIMINAL FORFEITURE
(16)

Dismissed upon Motion from the Government at Sentencing.

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Judge Rudy Lozano
Referred to: Magistrate Judge Paul R Cherry

**Defendant (2)**

**Jason L Stratton**                    represented by    **Arlington J Foley**
Attorney at Law
8300 Mississippi St Suite 2B
Merrillville, IN 46410
219-769-1566
Fax: 219-769-0713
Email: AFoley@URISP.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 1029(a)(2), 1029(b)(2), 1343, 1344 AND 1349 CONSPIRACY TO PRODUCE COUNTERFEIT DEVICES<br>(1) | |
| 18:1344 AND 2 BANK FRAUD<br>(2-8) | |
| 18:1343 AND 2 FRAUD BY WIRE, RADIO, OR TELEVISION<br>(9-15) | |
| 18:1029(A)(2), 18:2, 21:853, 18:982 PRODUCES/TRAFFICS IN | |

COUNTERFEIT DEVICE, AIDING
AND ABETTING, CRIMINAL
FORFEITURE
(16)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Senior Judge James T
Moody
Referred to: Magistrate Judge Paul R
Cherry

**Defendant (3)**

**Demetrius A Williams**          represented by   **Charles E Stewart, Jr**
*TERMINATED: 06/12/2008*                          8396 Mississippi St Suite G
                                                  Merrillville, IN 46410
                                                  219-736-5555
                                                  Fax: 219-736-6552
                                                  Email: attystewart@hotmail.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: CJA Appointment*

**Pending Counts**                                **Disposition**

                                                  The defendant is committed to the
                                                  custody of the U.S. Bureau of Prisons to
1029(a)(2), 1029(b)(2), 1343, 1344                be imprisoned for a term of 18 months.
AND 1349 CONSPIRACY TO                            Upon release from imprisonment, the
PRODUCE COUNTERFEIT                               defendant shall be placed on Supervised
DEVICES                                           Release for a term of 3 years. The
(1)                                               defendant shall make restitution in the
                                                  amount of $99,419.00 to Bank of
                                                  America. The payment shall be made
                                                  joint and several with co-defendants
                                                  and shall be made payable to the Clerk

for transfer to the victim. Special Assessment $100.00. The defendant shall surrender for service of sentence to the designated institution before 2:00 p.m. on Friday August 1, 2008.

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1344 AND 2 BANK FRAUD (2-8) | Dismissed |
| 18:1343 AND 2 FRAUD BY WIRE, RADIO, OR TELEVISION (9-15) | Dismissed |
| 18:1029(A)(2), 18:2, 21:853, 18:982 PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE, AIDING AND ABETTING, CRIMINAL FORFEITURE (16) | Dismissed |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: Judge Rudy Lozano
Referred to: Magistrate Judge Paul R Cherry

## Defendant (4)

**Christopher Calep**
*TERMINATED: 04/24/2008*
*formerly known as*
Christopher Caleb
*TERMINATED: 04/24/2008*

represented by **Adam Tavitas**
Law Office of Adam Tavitas
9120 Connecticut Dr Suite G
Merrillville, IN 46410
219-796-9220
Fax: 219-791-4379
Email: Adtavitas@aol.com
*TERMINATED: 11/19/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Andrea E Gambino PHV**
Law Offices of Andrea E Gambino
53 W Jackson Blvd Suite 926
Chicago, IL 60604
312-322-0014
Fax: 312-294-0059
Email: aegambino13@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

1029(a)(2), 1029(b)(2), 1343, 1344
AND 1349 CONSPIRACY TO
PRODUCE COUNTERFEIT
DEVICES
(1)

**Disposition**

Deft is hereby committed to the custody
of the BOP for a term of 37 months.
Upon release from imprisonment Deft
shall be placed on supervised release for
a period of 3 years. No Fine imposed.
Restitution ordered in the amount of
$120,000 and a Special Assessment of
$100.00 due immediately.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1344 AND 2 BANK FRAUD
(2-8)

18:1343 AND 2 FRAUD BY WIRE,
RADIO, OR TELEVISION
(9-15)

18:1029(A)(2), 18:2, 21:853, 18:982
PRODUCES/TRAFFICS IN
COUNTERFEIT DEVICE, AIDING
AND ABETTING, CRIMINAL
FORFEITURE
(16)

**Disposition**

Dismissed on Government motion

Dismissed on Government motion

Dismissed on Government motion

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: Judge Rudy Lozano
Referred to: Magistrate Judge Paul R

Cherry

## Defendant (5)

**Jeremy J Miller**

**Pending Counts**                          **Disposition**

1029(a)(2), 1029(b)(2), 1343, 1344
AND 1349 CONSPIRACY TO
PRODUCE COUNTERFEIT
DEVICES
(1)

18:1344 AND 2 BANK FRAUD
(2-8)

18:1343 AND 2 FRAUD BY WIRE,
RADIO, OR TELEVISION
(9-15)

18:1029(A)(2), 18:2, 21:853, 18:982
PRODUCES/TRAFFICS IN
COUNTERFEIT DEVICE, AIDING
AND ABETTING, CRIMINAL
FORFEITURE
(16)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                              **Disposition**

None

---

Assigned to: Judge Rudy Lozano
Referred to: Magistrate Judge Paul R
Cherry

## Defendant (6)

**Christina M Rivera**                  represented by  **Mark A Psimos**
*TERMINATED: 04/22/2008*                                Mark A Psimos Attorney at Law
                                                        9219 Broadway

Merrillville, IN 46410
219-769-6969
Fax: 219-769-3875
Email: psimoslaw@airbaud.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

1029(a)(2), 1029(b)(2), 1343, 1344
AND 1349 CONSPIRACY TO
PRODUCE COUNTERFEIT
DEVICES
(1)

**Disposition**

Deft is hereby committed to the custody
of the BOP for a term of 1 day (time
served). Upon release from
imprisonment the deft shall be placed
on supervised release for a period of 3
years. Deft is Ordered to pay $2800.00
in restitution and a $100.00 Special
Assessment, due immediately. No Fine
Imposed.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1344 AND 2 BANK FRAUD
(2-8)

18:1343 AND 2 FRAUD BY WIRE,
RADIO, OR TELEVISION
(9-15)

18:1029(A)(2), 18:2, 21:853, 18:982
PRODUCES/TRAFFICS IN
COUNTERFEIT DEVICE, AIDING
AND ABETTING, CRIMINAL
FORFEITURE
(16)

**Disposition**

Dismissed on Government motion

Dismissed on Government motion

Dismissed on Government motion

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

Assigned to: Judge Rudy Lozano
Referred to: Magistrate Judge Paul R
Cherry

**Defendant (7)**

**Asiel Poole**
*TERMINATED: 10/12/2006*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 1029(a)(2), 1029(b)(2), 1343, 1344 AND 1349 CONSPIRACY TO PRODUCE COUNTERFEIT DEVICES (1) | Dismissed on Government motion |
| 18:1344 AND 2 BANK FRAUD (2-8) | Dismissed on Government motion |
| 18:1343 AND 2 FRAUD BY WIRE, RADIO, OR TELEVISION (9-15) | Dismissed on Government motion |
| 18:1029(A)(2), 18:2, 21:853, 18:982 PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE, AIDING AND ABETTING, CRIMINAL FORFEITURE (16) | Dismissed on Government motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **United States of America** | represented by | **Philip Craig Benson - AUSA** |
|---|---|---|

US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: philip.benson@usdoj.gov
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2006 | 1 | SEALED INDICTMENT as to James W Hunt (1) count(s) 1, 2-8, 9-15, 16, Jason L Stratton (2) count(s) 1, 2-8, 9-15, 16, Demetrius A Williams (3) count(s) 1, 2-8, 9-15, 16, Christopher Caleb (4) count(s) 1, 2-8, 9-15, 16, Jeremy J Miller (5) count(s) 1, 2-8, 9-15, 16, Christina M Rivera (6) count(s) 1, 2-8, 9-15, 16, Asiel Poole (7) count(s) 1, 2-8, 9-15, 16. (rmn) Indictment attachment(s) added on 9/5/2006 (rmn). Modified on 9/5/2006 to add indictment unsealed per chambers (rmn). (Entered: 06/23/2006) |
| 06/22/2006 | 2 | ARREST Warrant Issued in case as to James W Hunt. (rmn) (Entered: 06/23/2006) |
| 06/22/2006 | 3 | ARREST Warrant Issued in case as to Jason L Stratton. (rmn) (Entered: 06/23/2006) |
| 06/22/2006 | 4 | ARREST Warrant Issued in case as to Demetrius A Williams. (rmn) (Entered: 06/23/2006) |
| 06/22/2006 | 5 | ARREST Warrant Issued in case as to Christopher Caleb. (rmn) (Entered: 06/23/2006) |
| 06/22/2006 | 6 | ARREST Warrant Issued in case as to Jeremy J Miller. (rmn) (Entered: 06/23/2006) |
| 06/22/2006 | 7 | ARREST Warrant Issued in case as to Christina M Rivera. (rmn) (Entered: 06/23/2006) |
| 06/22/2006 | 8 | ARREST Warrant Issued in case as to Asiel Poole. (rmn) (Entered: 06/23/2006) |
| 07/11/2006 | 9 | NOTATION as to Asiel Poole: entered into plea agreement in case number 2:05 CR 185 PS on 7/11/2006. Oral motion to recall the warrant in 2: 06 CR 106 by Gov't in open court during c/p hrg before Judge Simon. Oral order by Judge Simon: GRANTED, the warrant is ORDERED recalled. U.S. Marshal notified. (nac, ) (Entered: 07/11/2006) |
| 07/11/2006 | 10 | ARREST Warrant RECALLED in case as to Asiel Poole PER JUDGE PHILIP SIMON. (rmn) (Entered: 07/11/2006) |
| 07/25/2006 | 11 | INITIAL APPEARANCE as to Christina M Rivera held on 7/25/2006 before Judge Andrew P Rodovich. Govt appeared by AUSA David Hollar. Dft appeared w/o Atty. Peter Sgroi appeared on behalf of U S Probation/Pretrial Services. Dft advised of constitutional rights, charges, penalties. Dft requests court-appointed counsel. Dft sworn re financial status. Request GRANTED. Clerk to contact Fed Public Defender's Office to appoint counsel. Bond set in the amount of $20,000 unsecured w/o supervision. Arraignment set for 8/4/2006 10:30 AM in Hammond before Magistrate Judge Paul R Cherry. Dft RELEASED. Case to remain SEALED.(Digitally Recorded.) (plm, ) (Entered: 07/25/2006) |

| 07/25/2006 | | Judge update in case as to James W Hunt, Jason L Stratton, Demetrius A Williams, Christopher Caleb, Jeremy J Miller, Christina M Rivera, Asiel Poole. Judge Paul R Cherry added. (plm, ) (Entered: 07/25/2006) |
|---|---|---|
| 07/25/2006 | 12 | ARREST Warrant Returned Executed on 7/25/2006 in case as to Christina M Rivera. (rmn) (Entered: 07/26/2006) |
| 07/25/2006 | 13 | Appearance Bond Entered as to Christina M Rivera in amount of $ 20,000.00 (plm, ) Additional attachment added on 8/14/2007 (smb) (Entered: 07/26/2006) |
| 07/27/2006 | 14 | CJA 20 as to Christina M Rivera: Appointment of Attorney Mark A Psimos for Christina M Rivera. By Judge Paul R Cherry on 7/26/06. (smb) (Entered: 07/27/2006) |
| 07/31/2006 | 15 | ARREST Warrant Returned Executed on 7/31/2006 in case as to Demetrius A Williams. (rmn) (Entered: 08/01/2006) |
| 07/31/2006 | | Arrest of Demetrius A Williams (smb) (Entered: 08/04/2006) |
| 07/31/2006 | 16 | INITIAL APPEARANCE as to Demetrius A Williams held on 7/31/2006 before Judge Paul R Cherry. Govt appeared by AUSA Phil Benson. Dft appeared in person w/out cnsl. P Sgroi appeared on behalf of U S Pretrial Services. Dft adv rights, charges, penalties. Defend will retain own cnsl. Arraignment set for 8/4/2006 10:30 AM in Hammond before Magistrate Judge Paul R Cherry. Dft released on $20,000 Appearance Bond w/supervision. Case remains sealed.(Tape #FTR.) (smb) (Entered: 08/04/2006) |
| 07/31/2006 | 17 | ApppearanceBond Entered as to Demetrius A Williams in amount of $ 20,000 unsecured. (smb) Additional attachment added on 8/14/2007 (smb) (Entered: 08/04/2006) |
| 07/31/2006 | 18 | ORDER Setting Conditions of Release. Signed by Judge Paul R Cherry on 7/31/06. (smb) Additional attachment added on 8/14/2007 (smb) (Entered: 08/04/2006) |
| 08/04/2006 | 19 | NOTICE RESET HEARING as to Demetrius A Williams, Christina M Rivera. Arraignment set for 8/10/2006 12:00 PM in Hammond before Magistrate Judge Paul R Cherry. Defendants are ORDERED to be present in person.(smb) (Entered: 08/04/2006) |
| 08/10/2006 | 20 | ATTORNEY APPOINTMENT HEARING (Scheduled for Arraignment) as to Demetrius A Williams held on 8/10/2006 before Judge Paul R Cherry. Govt appeared by AUSA P Benson. Dft appeared w/out cnsl. Defend unable to retain cnsl and orally moves for appt of cnsl. Court makes inquiry as to Defend financial status. Court finds Defend is unable to financially retain cnsl. Clerk is directed to notify the Fed Commun Defender for apt of cnsl. Arraignment RESET to 8/21/2006 02:30 PM in Hammond before Magistrate Judge Paul R Cherry. The Defend is ORDERED to be present. (Tape #FTR.) (smb) (Entered: 08/11/2006) |
| 08/10/2006 | 21 | ARRAIGNMENT as to Christina M Rivera (6) Count 1,2-8,9-15,16 held on 8/10/2006 before Judge Paul R Cherry. Govt appeared by AUSA Philip |

| | | |
|---|---|---|
| | | Benson. Dft appeared in person and by atty Mark Psimos. Dft waives formal reading of rights, charges, penalties. Defend enters Not Guilty plea. Pretrial Motions due by 9/11/2006. Plea Agreement due by 10/3/2006. Jury Trial set for 10/10/2006 08:30 AM in Hammond before Judge Rudy Lozano. Final Pretrial Conference set for 10/2/2006 02:00 PM in Hammond before Magistrate Judge Paul R Cherry. Parties to exchange discovery promptly so as to avoid any future mtn for continuance of trial. Case remains sealed. (Tape #FTR.) (smb) Additional attachment(s) added on 8/15/2006 (smb, ). (Entered: 08/14/2006) |
| 08/14/2006 | 24 | CJA 20 as to Demetrius A Williams: Appointment of Attorney Charles E Stewart Jr for Demetrius A Williams. Signed by Judge Paul R Cherry on 8/14/06. (smb) (Entered: 08/17/2006) |
| 08/15/2006 | | Arrest of Christopher Caleb (smb) (Entered: 08/15/2006) |
| 08/15/2006 | | Case unsealed as to James W Hunt, Jason L Stratton, Demetrius A Williams, Christopher Caleb, Jeremy J Miller, Christina M Rivera, Asiel Poole on oral motion in open Court 8/15/06. (smb) (Entered: 08/15/2006) |
| 08/15/2006 | 22 | INITIAL APPEARANCE as to Christopher Caleb (Calep) held on 8/15/2006 before Judge Paul R Cherry. Govt appeared by AUSA P Benson. Dft appeared in person w/out cnsl. P Sgroi appeared on behalf of U S Pretrial Services. Defend advised rights, charges, penalties. Defend will retain counsel. Arraignment set for 8/21/2006 02:30 PM in Hammond before Magistrate Judge Paul R Cherry. Defend released on $20,000 appearance bond with pretrial supervision. Defend refrained from possessing firearm or weapon at all time; Defend to turn over all firearms or weapons in personal possession to case agent immediately. Defend released.(Tape #FTR.) (smb) (Entered: 08/15/2006) |
| 08/15/2006 | 23 | ARREST Warrant Returned Executed on 8/15/2006 in case as to Christopher Caleb. (rmn) (Entered: 08/17/2006) |
| 08/15/2006 | 25 | Appearance Bond Entered as to Christopher Caleb in amount of $ 20,000 unsecured. (smb) (Entered: 08/21/2006) |
| 08/15/2006 | 26 | ORDER Setting Conditions of Release. Signed by Judge Paul R Cherry on 8/15/06. (smb) (Entered: 08/21/2006) |
| 08/21/2006 | 27 | ATTORNEY APPOINTMENT HEARING as to Christopher Caleb (Calep) held on 8/21/2006 before Judge Paul R Cherry. Govt appeared by AUSA P Benson. Dft appeared w/out cnsl. Defense requests Court to appoint cnsl. Defend sworn and answers Court's inquiry as to financial ability to retain counsel. Defend rqst for apt of counsel is granted. The Court reserves the right to request partial or full reimbursement of attorneys fees at the time of sentencing if the Defend is found to have funds at later date in which to pay for legal counsel. Clerk directed to notify Fed Defender Office for appt of cnsl. Arraignment set for 8/28/2006 02:30 PM in Hammond before Magistrate Judge Paul R Cherry. Defend bond status remains intact. (Tape FTR.) (smb) (Entered: 08/24/2006) |
| 08/21/2006 | 29 | ARRAIGNMENT as to Demetrius A Williams (3) Count 1,2-8,9-15,16 |

| | | |
|---|---|---|
| | | held on 8/21/2006 before Judge Paul R Cherry. Govt appeared by AUSA Phil Benson. Dft appeared in person and b atty Charles Stewart. Defend waives formal reading of rights, charges, penalties. Defend enters Not Guily plea. Jury Trial set for 10/10/2006 08:30 AM in Hammond before Judge Rudy Lozano. Final Pretrial Conference set for 10/2/2006 02:00 PM in Hammond before Magistrate Judge Paul R Cherry. Any plea agreement to be filed by 10/3/06. Discovery to be exchanged promptly so as to avoid any mtn for continuance of trial based on late receipt of discovery. Pretrial motions due on or before 9/21/06.(Tape #FTR.) (smb) (Entered: 08/28/2006) |
| 08/25/2006 | 28 | CJA 20 as to Christopher Caleb: Appointment of Attorney Adam Tavitas for Christopher Caleb. Signed by Judge Paul R Cherry on 8/25/06. (smb) (Entered: 08/28/2006) |
| 08/28/2006 | 30 | ARRAIGNMENT as to Christopher Caleb (4) Count 1,2-8,9-15,16 held on 8/28/2006 before Judge Paul R Cherry. Govt appeared by atty AUSA Daniel Bella. Dft appeared in person and by atty A Tavitas. Defend waives formal reading of rights, charges; adv penalties. Defend enters Not Guilty plea. Pretrial Motions due by 9/21/2006. Plea Agreement due by 10/3/2006 otherwise parties are directed to file a written motion with the District Court seeking an extension of this deadline. Jury Trial set for 10/10/2006 08:30 AM in Hammond before Judge Rudy Lozano. Final Pretrial Conference set for 10/2/2006 02:00 PM in Hammond before Magistrate Judge Paul R Cherry. Scheduling Order attached. Bond conditions remain intact. (Tape #FTR.) (smb) (Entered: 09/01/2006) |
| 09/27/2006 | 31 | MOTION for Extension of Time to File *Pre-Trial Motions* by Christopher Caleb. (Tavitas, Adam) (Entered: 09/27/2006) |
| 09/29/2006 | 32 | MOTION to Continue *Trial* by Christina M Rivera. (Psimos, Mark) (Entered: 09/29/2006) |
| 09/29/2006 | 33 | NOTICE RESET OF HEARING as to Demetrius A Williams, Christopher Caleb, Christina M Rivera. Final Pretrial Conference RESET from 10/02/06 @2:00 pm to 10/4/2006 03:00 PM in Hammond before Magistrate Judge Paul R Cherry pending ruling on defense MOTION for continuance of 10/10/06 Trial setting.(smb) (Entered: 09/29/2006) |
| 10/03/2006 | 34 | ORDER granting 31 Motion for Extension of Time to File as to Christopher Caleb (4) and granting 32 Motion to Continue Trial as to defendants Williams, Caleb and Rivera. Jury Trial reset for 1/22/2007 08:30 AM in Hammond before Judge Rudy Lozano as a secondary setting. Final Pretrial Conference reset for 1/12/2007 09:00 AM in Hammond before Magistrate Judge Paul R Cherry. The Court ORDERS that the government shall tender discovery to the defendants on or before 10/13/2006; further the Court ORDERS that all pretrial motions, if any, shall be filed no later than 11/13/2006. Signed by Judge Paul R Cherry on 10/3/2006. (rmn) (Entered: 10/03/2006) |
| 10/03/2006 | | (Court only) Excludable started as to Demetrius A Williams, Christopher Caleb, Christina M Rivera re 34 Order (rmn) (Entered: 10/03/2006) |

| | | |
|---|---|---|
| 10/03/2006 | | (Court only) ***Excludable(s) XE stopped as to Christina M Rivera re 34 (rmn) (Entered: 01/22/2007) |
| 10/06/2006 | 35 | MOTION to Dismiss *the Indictment* by United States of America as to Asiel Poole. (Benson, Philip) (Entered: 10/06/2006) |
| 10/12/2006 | 36 | ORDER GRANTING 35 MOTION to Dismiss the Indictment by United States of America as to Asiel Poole. Signed by Judge Rudy Lozano on 10/12/06. (cer) (Entered: 10/12/2006) |
| 10/12/2006 | | (Court only) ***JS-3 Closing Information, ***Terminated defendant Asiel Poole, pending deadlines, and motions. (cer) (Entered: 10/12/2006) |
| 01/05/2007 | 37 | MOTION to Continue *Pre-Trial Conference and Trial Setting* by Christopher Caleb. (Tavitas, Adam) (Entered: 01/05/2007) |
| 01/08/2007 | 38 | NOTICE OF HEARING as to Christopher Caleb. Status Conference set for 1/10/2007 12:30 PM in Hammond before Judge Rudy Lozano. Defendant need not be present.(imr) (Entered: 01/08/2007) |
| 01/10/2007 | | NOTICE: the Final Pretrial Conference set for 9:00 AM 1/12/07 before the Magistrate is VACATED pending ruling on MOTION to Continue Trial. By Judge Paul R Cherry on 1/10/07. (smb) (Entered: 01/10/2007) |
| 01/18/2007 | 39 | ORDER TO CONTINUE - Ends of Justice as to Demetrius A Williams, Christopher Caleb, Christina M Rivera; time excluded from filing of motion until start of trial. MOTION to Continue Pre-Trial Conference and Trial Setting 37 filed by Christopher Caleb is GRANTED with new dates to follow this Order. Order applies to defendants Williams, Caleb and Rivera. Delay resulting from continuance is excluded under Speedy Trial Act and 18 USC 3161(h)(8)(A) and (h)(8)(B). Signed by Judge Paul R Cherry on 1/18/07. (jcp) (Entered: 01/19/2007) |
| 01/23/2007 | 40 | SCHEDULING ORDER as to Demetrius A Williams, Christopher Caleb, Christina M Rivera Jury Trial RESET for 5/7/2007 08:30 AM (C.S.T.) in Hammond before Judge Rudy Lozano. In-Person Final Pretrial Conference RESET for 4/27/2007 09:00 AM (C.S.T.) in Hammond before Magistrate Judge Paul R Cherry. All pre-trial filings to be submitted on/bef Final PTC date of 4/27/07. Signed by Judge Paul R Cherry on 1/23/07. (jcp) (Entered: 01/24/2007) |
| 04/10/2007 | 41 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to James W Hunt Stephen Edward Scheele for James W Hunt appointed. Initial Appearance-Arraignment-Detention Hearing set for 4/16/2007 11:00 AM in Hammond before Magistrate Judge Paul R Cherry. US Marshal Ordered to produce the Defendant. Signed by Judge Paul R Cherry on 4/10/07. (smb) (Entered: 04/10/2007) |
| 04/10/2007 | 42 | CJA 20 as to James W Hunt: Appointment of Attorney Stephen Edward Scheele for James W Hunt. By Judge Paul R Cherry on 4/10/07. (smb) (Entered: 04/10/2007) |
| 04/10/2007 | 43 | MOTION to Continue *April 16 Hearing Date and May 7 Trial Setting* by James W Hunt. (Scheele, Stephen) (Entered: 04/10/2007) |

| 04/13/2007 | 44 | ORDER TO CONTINUE - Ends of Justice (pursuant to 18:3161(h)(8)(A) and (h)(8)(B)(i) and (iv)) as to James W Hunt, Demetrius A Williams, Christopher Caleb, Christina M Rivera. Time excluded from the date of this Order until the start of Trial. Motions terminated as to James W Hunt: 43 MOTION to Continue April 16 Hearing Date and May 7 Trial Setting filed by James W Hunt. Court VACATES current final pretrial conference and jury trial settings. Jury Trial RESET for 9/24/2007 at 08:30 AM (CST) in Hammond before Judge Rudy Lozano. Final Pretrial Conference RESET for 9/14/2007 at 09:15 AM (CST) in Hammond before Magistrate Judge Paul R Cherry. Initial Appearance-Arraignment-Detention Hearing RESET for 5/9/2007 at 10:00 AM (CST) before Magistrate Judge Paul R. Cherry as to Defendant Hunt only. US Marshal ORDERED to produce Defendant for proceeding. Trial counsel ORDERED to submit pretrial filings on/bf Final Pretrial Conference and to appear in person for Final Pretrial Conference. Parties REMINDED that plea agreement to be filed in writing no later than 5 working days before trial. Signed by Judge Paul R Cherry on 4/13/07. (cer) (Entered: 04/13/2007) |
| --- | --- | --- |
| 04/13/2007 | | Set/Reset Hearings as to James W Hunt: Initial Appearance-Arraignment-Detention Hearing RESET for 5/9/2007 at 10:00 AM (CST) in Hammond before Magistrate Judge Paul R Cherry. (cer) (Entered: 04/13/2007) |
| 04/18/2007 | 45 | MOTION to Reset *May 9 Hearing* by James W Hunt. (Scheele, Stephen) (Entered: 04/18/2007) |
| 04/19/2007 | 46 | ORDER granting 45 Motion to Reset as to James W Hunt (1) Initial Appearance RESET for 5/9/2007 02:30 PM in Hammond before Magistrate Judge Paul R Cherry. This is a change in time only. USM Ordered to produce. No pdf order. By Judge Paul R Cherry on 4/19/2007. (smb) (Entered: 04/19/2007) |
| 04/19/2007 | | Reset Hearings as to James W Hunt: Arraignment reset for 5/9/2007 02:30 PM in Hammond before Magistrate Judge Paul R Cherry. Detention Hearing reset for 5/9/2007 02:30 PM in Hammond before Magistrate Judge Paul R Cherry. (smb) (Entered: 04/19/2007) |
| 05/09/2007 | 47 | ARREST Warrant Returned Executed on 5/9/2007 in case as to James W Hunt. (rmn) (Entered: 05/09/2007) |
| 05/09/2007 | 48 | DETENTION HEARING (Waived) & ARRAIGNMENT as to James W Hunt (1) Count 1,2-8,9-15,16 held on 5/9/2007 before Judge Paul R Cherry. Govt appeared by AUSA D Lanter. Dft appeared in person and by atty S Scheele. Defend adv rights, charges, penalties. Defend enters Not Guilty plea. Defend waives any objection under speedy trial and has no objection to September trial date. Plea Agreement due by 9/17/2007 to be extended otherwise only by written motion/order. Pretrial Motions due by 6/11/2007. Jury Trial set for 9/24/2007 08:30 AM in Hammond before Judge Rudy Lozano. Final Pretrial Conference set for 9/14/2007 09:15 AM in Hammond before Magistrate Judge Paul R Cherry. Defend stipulates to pretrial detention and waives hearing. Defend Ordered held w/out bond; remanded USM. (Tape #FTR.) (smb) (Entered: 05/17/2007) |
| | | |

| 05/09/2007 | 49 | ORDER OF DETENTION as to James W Hunt. Signed by Judge Paul R Cherry on 5/9/2007. (smb) (Entered: 05/17/2007) |
|---|---|---|
| 06/11/2007 | 50 | MOTION Notice that Defendant-Demetrius A. Williams-Does Not Waive Conflict of Presiding Judge by Demetrius A Williams. (Stewart, Charles) (Entered: 06/11/2007) |
| 06/13/2007 | 51 | ORDER Severing Defendant from Codefendant(s) as to Demetrius A Williams, ORDER OF RECUSAL; Judge Rudy Lozano recused in case as to Demetrius A Williams only. Case reassigned to Judge James T Moody as to Demetrius A Williams only for all further proceedings. Signed by Judge Rudy Lozano on 6/13/07. (jcp) (Entered: 06/14/2007) |
| 06/13/2007 | | (Court only) ***Motions terminated as to Demetrius A Williams pursuant to Order entered 6/13/07 (see DE 51): 50 Notice that Defendant-Demetrius A. Williams-Does Not Waive Conflict of Presiding Judge. (jcp) (Entered: 06/15/2007) |
| 09/04/2007 | 52 | ORDER on Petition for Action on Conditions of Pretrial Release as to Christopher Caleb. The Court ORDERS the issurance of a warrant. Signed by Judge Paul R Cherry on 9/4/2007. (Original to USPO) (rmn) (Entered: 09/05/2007) |
| 09/05/2007 | 53 | ARREST WARRANT Issued in case as to Christopher Caleb re 52 . (rmn) Modified on 9/5/2007 to reflect arrent warrant issued not summons (rmn). (Entered: 09/05/2007) |
| 09/10/2007 | 54 | MOTION to Continue *September 24 Trial Setting* by James W Hunt. (Scheele, Stephen) (Entered: 09/10/2007) |
| 09/11/2007 | 57 | SCHEDULING ORDER as to Demetrius A Williams only: Jury Trial RESET for 11/19/2007 09:00 AM (C.S.T.) in Hammond before Senior Judge James T Moody. Final In Person Pretrial Conference RESET for 11/9/2007 09:15 AM (C.S.T.) in Hammond before Magistrate Judge Paul R Cherry. Signed by Judge Paul R Cherry on 9/11/07. (jcp) Modified on 9/13/2007 (smb) (Entered: 09/13/2007) |
| 09/12/2007 | | Arrest of Christopher Caleb (smb) (Entered: 09/12/2007) |
| 09/12/2007 | 55 | NOTICE OF HEARING as to Christopher Caleb regarding 52 Order on Probation Request: Initial Probation Revocation Hearing set for 9/13/2007 09:30 AM in Hammond before Magistrate Judge Paul R Cherry. Bond Hearing set for 9/13/2007 09:30 AM in Hammond before Magistrate Judge Paul R Cherry. (smb) (Entered: 09/12/2007) |
| 09/12/2007 | 56 | ARREST Warrant Returned Executed on 9/12/2007 in case as to Christopher Caleb. (rmn) (Entered: 09/13/2007) |
| 09/13/2007 | 58 | INITIAL HEARING RE REVOCATION OF PRETRIAL RELEASE as to Christopher Caleb held on 9/13/2007, BOND HEARING as to Christopher Caleb held on 9/13/2007 before Judge Paul R Cherry. Govt appeared by AUSA P Benson. Dft appeared in person and by atty A Tavitas. T Cooper appeared on behalf of U S Pretrial Services. Defend admits to the allegations contained in the Petition for Offender Under Pretrial |

| | | |
|---|---|---|
| | | Supervision. Evidence presented by way of proffer. Govt Group Exh 1 (criminal reports) admitted. Arguments heard. Court finds that Defend has violated terms and conditions of pretrial release. BOND REVOKED as to Christopher Caleb. Conditions of pretrial release revoked. Defendant will not be required to forfeit any money on the $20,000 appearance bond. Defend Ordered held w/out bond pending trial. Defend remanded. (#Digitally Recorded.) (smb) (Entered: 09/13/2007) |
| 09/13/2007 | 59 | STATUS CONFERENCE as to James W Hunt, Jason L Stratton, Demetrius A Williams, Christopher Caleb, Jeremy J Miller, Christina M Rivera, Asiel Poole set for 9/14/2007 08:45 AM in Hammond before Judge Rudy Lozano. (kwk) (Entered: 09/13/2007) |
| 09/13/2007 | 60 | ORDER OF DETENTION as to Christopher Caleb. Signed by Judge Paul R Cherry on 9/13/2007. (smb) (Entered: 09/13/2007) |
| 09/13/2007 | 61 | RETURN OF DETENTION HEARING GROUP EXHIBIT Govt #1 (CPD arrest report pp1-3 USPTS FOID Card Receipt and status pp1-2, Firearms Statements p1) as to Christopher Caleb to AUSA P Benson (smb) (Entered: 09/13/2007) |
| 09/13/2007 | 62 | NOTICE OF HEARING as to James W Hunt, Jason L Stratton, Christopher Caleb, Jeremy J Miller, Christina M Rivera, Asiel Poole. Status Conference set for 9/14/2007 08:45 AM in Hammond before Judge Rudy Lozano; DE#59 entered in error for defendant Demetrius A. Williams was severed from the other defendants and counsel for defendant Williams is not required to appear at said conference.(kwk) (Entered: 09/13/2007) |
| 09/14/2007 | 63 | Joint MOTION Joint Motion to Extend Litigation Deadlines by James W Hunt as to James W Hunt, Christopher Caleb, Christina M Rivera. (Scheele, Stephen) (Entered: 09/14/2007) |
| 09/14/2007 | 64 | PRETRIAL CONFERENCE as to James W Hunt, Christopher Caleb, Christina M Rivera held on 9/14/2007 MOTION to Continue September 24 Trial Setting filed by James W Hunt before Judge Paul R Cherry. Govt appeared by AUSA T Ratcliffe substit for AUSA P Benson. Dfts appeared not in person but by attys S Scheele, A Tavitas, M Psimos. The Motion is granted to allow for a continuance of the Final PTC and Trial only. The deadline within which to file pre-trial motions remains set for 9/14/2007. The deadline within which to file written plea agreements remains set for 9/17/2007. Jury Trial reset for 1/14/2008 08:30 AM in Hammond before Judge Rudy Lozano. Final Pretrial Conference set for 1/4/2008 10:30 AM in Hammond before Magistrate Judge Paul R Cherry. (#Digitally Recorded.) Motion 54 terminated. See attached Order. (smb) (Entered: 09/17/2007) |
| 09/14/2007 | 66 | STATUS CONFERENCE as to James W Hunt, Christopher Caleb, Christina M Rivera held on 9/14/2007 to discuss new trial date. Govt appeared by atty Thomas Kirsch. Dft James Hunt appeared by Stephen Scheele, Dft Christopher Caleb appeared by Adam Tavitas, Deft Christina Rivera appeared by Mark Psimos. (tlr) (Entered: 09/17/2007) |
| 09/17/2007 | 65 | ORDER DENYING 63 Motion to extend time to file pre-trial motions and |

| | | written plea agreements as to James W Hunt (1), Christopher Caleb (4), Christina M Rivera (6). Signed by Judge Rudy Lozano on 9/17/07. (jcp) (Entered: 09/17/2007) |
|---|---|---|
| 10/02/2007 | 67 | Letter from James Wesley Hunt to Judge Cherry (also docketed in 2:07cv283 per chambers) (rmn) (Entered: 10/02/2007) |
| 10/12/2007 | 68 | APPLICATION for Attorney Andrea E Gambino to Appear Pro Hac Vice on behalf of Christopher Calep ; Receipt No. 2210672. (rmn) (Entered: 10/12/2007) |
| 10/15/2007 | 69 | ORDER granting 68 Application to Appear Pro Hac Vice of Attorney Andrea E Gambino PHV for Christopher Caleb. as to Christopher Caleb (4). Signed by Judge Paul R Cherry on 10/15/2007. (rmn) (Entered: 10/15/2007) |
| 11/08/2007 | 70 | NOTICE RESET HEARING as to Demetrius A Williams. At the joint request of counsel the Final Pretrial Conference re Demetrius A Williams (only) is RESET to 11/13/2007 12:30 PM in Hammond before Magistrate Judge Paul R Cherry only in the event a written plea agreement is not on file by that date.(smb) (Entered: 11/08/2007) |
| 11/13/2007 | 71 | PLEA AGREEMENT as to Demetrius A Williams (Benson - AUSA, Philip) (Entered: 11/13/2007) |
| 11/14/2007 | 72 | NOTICE OF HEARING as to Demetrius A Williams: Change of Plea Hearing set for 11/15/2007 at 2:00 PM in Hammond before Senior Judge James T Moody. (efc) (Entered: 11/14/2007) |
| 11/15/2007 | 73 | CHANGE OF PLEA HEARING as to Demetrius A Williams held on 11/15/2007 before Judge James T Moody. Govt appeared by atty Bernie Van Wormer, substituting for atty Philip Benson. Dft appeared by atty Charles Stewart. Plea entered by Demetrius A Williams (3): Guilty as to Count 1. The Court accepts the guilty plea and the defendant is adjudged guilty of the offense charged in Count 1 of the Indictment. This matter is referred to the U S Probation Office to prepare the Presentence Investigation Report. The Court reserves acceptance/rejection of the plea agreement until sentencing. The disposition date for sentencing will be set under a separate Notice. Counts to be dismissed at sentencing: Count 2-8,9-15,16. (Court Reporter Stacy Drohosky) (efc) (Entered: 11/15/2007) |
| 11/16/2007 | 74 | MOTION to Withdraw as Attorney by Adam Tavitas. by Christopher Caleb. (Tavitas, Adam) (Entered: 11/16/2007) |
| 11/19/2007 | 75 | NOTICE OF HEARING as to Demetrius A Williams: Sentencing set for 1/24/2008 at 11:15 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 11/19/2007) |
| 11/19/2007 | 76 | ORDER GRANTING 74 Motion to Withdraw as Attorney. Adam Tavitas withdrawn from case as to Christopher Caleb (4) Signed by Judge Paul R Cherry on 11/19/07. (jcp) (Entered: 11/19/2007) |
| 12/21/2007 | 77 | PLEA AGREEMENT as to Christina M Rivera (Benson - AUSA, Philip) (Entered: 12/21/2007) |

| 01/03/2008 | 78 | First MOTION to Continue *Pre-trial Conference and Trial Date* by Christopher Caleb. (Gambino PHV, Andrea) (Entered: 01/03/2008) |
| --- | --- | --- |
| 01/03/2008 | 79 | ORDER DENYING 78 Motion to Continue Pre-Trial Conference and Trial Date as to Christopher Caleb (4). Final Pre-Trial Conference date REAFFIRMED FOR 1/4/08 AT 10:30 A.M. (C.S.T.) before Magistrate Judge Paul R Cherry and Jury Trial SET for 1/14/08 at 8:30 A.M. (C.S.T.) before Judge Rudy Lozano. Signed by Judge Paul R Cherry on 1/3/08. (jcp) (Entered: 01/04/2008) |
| 01/04/2008 | 80 | HEARING (previously scheduled as a Final Pretrial Conference) as to James W Hunt and Christopher Caleb held on 1/4/2008 before Judge Paul R Cherry. Gov't present by Philip Benson, AUSA. Dft James W. Hunt rep by Stephen Scheele. Dft Christopher Caleb rep by Andrea Gambino. Comments from Gov't regarding status of plea agreements and circumstances regarding prior order of Judge Lozano as to plea agreements. Comments from defense cnsl. Request by Atty Gambino for an extension to file plea agreeement on behalf of her client. Judge Cherry suggests that the Gov't and defense cnsl Gambino contact Judge Lozano regarding this and advise Judge Cherry of the outcome. Upon agreed motion by all parties the Court RESETS the Final Pretrial Conference to 1/7/2008 at 3:00 p.m. (if needed). (Digitally Recorded.) (nac) (Entered: 01/04/2008) |
| 01/04/2008 | | Reset Hearings as to James W Hunt, Christopher Caleb: Final Pretrial Conference RESET for 1/7/2008 03:00 PM in Hammond before Magistrate Judge Paul R Cherry (if FPTC is needed). (nac) (Entered: 01/04/2008) |
| 01/04/2008 | 81 | PLEA AGREEMENT as to James W Hunt (Benson - AUSA, Philip) (Entered: 01/04/2008) |
| 01/07/2008 | 82 | PLEA AGREEMENT as to Christopher Caleb (Benson - AUSA, Philip) (Entered: 01/07/2008) |
| 01/07/2008 | 83 | PLEA AGREEMENT - *Amended* as to Christina M Rivera (Benson - AUSA, Philip) (Entered: 01/07/2008) |
| 01/07/2008 | 84 | MOTION Parties' Joint Request for Court's Consideration of Plea Agreement by United States of America as to James W Hunt, Christopher Caleb, Christina M Rivera. (Benson - AUSA, Philip) (Entered: 01/07/2008) |
| 01/07/2008 | 85 | NOTICE OF HEARING as to James W Hunt, Christopher Caleb, Christina M Rivera. Change of Plea Hearing set for 1/8/2008 at 10:00 AM in Hammond before Judge Rudy Lozano. (tlr) (Entered: 01/07/2008) |
| 01/07/2008 | | NOTICE: the Final Pretrial Conference scheduled for 1/14/2008 @ 3:00 PM before the Magistrate Judge is VACATED. By Judge Paul R Cherry on 1/14/08. No pdf order to be issued. (smb) (Entered: 01/07/2008) |
| 01/07/2008 | 86 | ORDER GRANTING 84 Joint Request for Court's Consideration of Plea Agreement by United States of America as to James W Hunt, Christopher Caleb, Christina M Rivera. Signed by Judge Rudy Lozano on 1/7/2008. (lns) (Entered: 01/07/2008) |
| 01/08/2008 | 87 | CHANGE OF PLEA HEARING as to James W Hunt, Christopher Caleb, |

| | | |
|---|---|---|
| | | and Christina M Rivera held on 1/8/2008 before Judge Rudy Lozano. Govt appeared by atty Philip Benson. Dfts appeared by atty Stephen Scheele, atty Andrea Gambino, and atty Mark Psimos. Paula Pramuk and Tonica Cooper appeared on behalf of U S Probation/Pretrial Services. Judge discusses previous spellings of Christopher Caleps name. All parties agree that the previous spelling of Caleb was incorrect and that all prior documents with that misspelling shall apply to Christopher Calep. All defts sworn in. James Hunt pleads guilty to Count 1 of the Indictment. Christopher Calep pleads guilty to Count 1 of the Indictment. Christina Rivera pleads guilty to Count 1 of the Indictment. The Court accepts the guilty pleas of defts James Hunt and Christina Rivera and they are each adjudged guilty of those charges. Court refers defts James Hunt and Christina Rivera to the USPO for preparation of the PSI. Court reserves the right to accept the deft's plea agreements until time of sentencing or after review of the PSI. As to deft Christopher Calep, statement regarding guilt made by deft and govt states a summary of the evidence that would be presented at trial. After govt's statements, deft agrees with the additional information they provided to the Court. Judge expressed concerns over deft Calep's statement and makes no ruling on acceptance of plea of guilty. Defts James Hunt and Christopher Calep are remanded to the custody of the USM. Deft Christina Rivera to remain on bond with on conditions to remain in effect. Sentencing for James Hunt and Christina Rivera to be set by further notice. Christopher Calep shall appear before the Court on 1/9/08 at 10:15 am for further hearing on his Change of Plea. (Court Reporter Richard Ehrlich.) (tlr) (Entered: 01/09/2008) |
| 01/09/2008 | 88 | NOTICE OF HEARING as to Christopher Calep. Change of Plea Hearing continued to 1/9/2008 at 10:15 AM in Hammond before Judge Rudy Lozano. (tlr) (Entered: 01/09/2008) |
| 01/09/2008 | 89 | NOTICE OF HEARING as to Christina M Rivera. Sentencing set for 4/22/2008 at 12:30 PM in Hammond before Judge Rudy Lozano. (tlr) (Entered: 01/09/2008) |
| 01/09/2008 | 90 | NOTICE OF HEARING as to James W Hunt. Sentencing set for 4/24/2008 at 12:30 PM in Hammond before Judge Rudy Lozano. (tlr) (Entered: 01/09/2008) |
| 01/09/2008 | 91 | CHANGE OF PLEA HEARING continues as to Christopher Calep held on 1/9/2008 before Judge Rudy Lozano. Govt appeared by atty Philip Benson. Dft appeared by atty Andrea Gambino. Paula Pramuk appeared on behalf of U S Probation/Pretrial Services. Court indicates after review of the transcript from yesterdays change of plea hearing that the deft's statement does provide enough information for the court to accept the Plea of Guilty as to Count 1 of the Indictment. The Court now accepts the deft's plea of guilty and he is adjudged guilty of those charges. Court refers the deft to the USPO for preparation of the PSI. Court reserves the right to accept or reject the deft's plea agreement until time of sentencing or after review of the PSI. Deft requests an earlier sentencing date. Court requests that deft notify the Court when all presentencing matters are complete and,if available, the Court may reset the sentencing for an earlier date. Deft is remanded to the |

| | | |
|---|---|---|
| | | custody of the USM. Sentencing set for 4/23/2008 at 12:30 PM in Hammond before Judge Rudy Lozano. (Court Reporter Richard Ehrlich.) (tlr) (Entered: 01/09/2008) |
| 01/10/2008 | 92 | NOTICE cancelling the sentencing for defendant Demetrius A. Williams currently scheduled for 1/24/08, to be set under separate Notice. (efc) (Entered: 01/10/2008) |
| 01/10/2008 | | ***Terminate Deadlines and Hearings as to Demetrius A Williams: vacating the sentencing currently scheduled for 1/24/08*** (efc) (Entered: 01/10/2008) |
| 03/28/2008 | | Arrest of Jason L Stratton (smb) (Entered: 03/28/2008) |
| 03/28/2008 | 93 | NOTICE OF HEARING as to Jason L Stratton regarding 1 Indictment: Initial Appearance set for 3/28/2008 01:15 PM in Hammond before Magistrate Judge Paul R Cherry. (smb) (Entered: 03/28/2008) |
| 03/28/2008 | 94 | INITIAL APPEARANCE as to Jason L Stratton held on 3/28/2008 before Magistrate Judge Paul R Cherry. Govt appeared by AUSA P Benson. Dft appeared w/out cnsl. J Navarra appeared on behalf of U S Pretrial Services. Dft adv rights, charges, penalties. Dft rqsts Crt apt cnsl. Dft sworn re finan status. Crt finds Dft is eligible for Crt apt cnsl. Clerk directed to notify FCD Ofc for apt cnsl. (Arraignment & Detention Hearing set for 4/1/2008 10:30 AM in Hammond before Magistrate Judge Paul R Cherry.) Dft Ordered into temporary detention; remanded custody USM. (Tape #FTR.) (smb) (Entered: 03/28/2008) |
| 03/28/2008 | 95 | CJA 20 as to Jason L Stratton: Appointment of Attorney Arlington J Foley for Jason L Stratton. By Magistrate Judge Paul R Cherry on 3/28/2008. (smb) (Entered: 03/28/2008) |
| 03/31/2008 | 96 | Arrest Warrant Returned Executed on 3/28/2008 in case as to Jason L Stratton. (mc) (Entered: 03/31/2008) |
| 04/01/2008 | 97 | DETENTION HEARING & ARRAIGNMENT as to Jason L Stratton (2) Count 1,2-8,9-15,16 held on 4/1/2008 before Magistrate Judge Paul R Cherry. Govt appeared by AUSA P Benson. Dft appeared in person and w/cnsl atty A Foley. J Navarra appeared on behalf of U S Pretrial Services. Dft waives formal reading of rights, charges, penalties. Deft enters Not Guilty plea. Pretrial Motions due by 5/1/2008. Final Pretrial Conference set for 5/30/2008 10:45 AM in Hammond before Magistrate Judge Paul R Cherry. Jury Trial set for 6/9/2008 08:30 AM in Hammond before Judge Rudy Lozano. Govt exhibits #1-#3 docs reflecting Defend alias names/addresses admitted: #1 2pp re Sean P Canbric check stubs 1118-19, maps etc; #2 Ill ID Card & SS Card, W-4 2007 re Jason Lamar Sratton; #3 Ind ID Jason L Stratton Laf IN address & Ill ID Card Jason Lamar Stratton Crete IL address.Defend Jason Stratton placed under oath and answers the Court's inquiries re employment etc. Argument heard. Govt oral motion for pretrial detention is Denied. Defend released on $20,000 Appearance Bond to include home detention/elec monitoring and other specific conditions-PDF Order Setting Conditions for Release to follow. Dft to remain in custody until notified by the clerk or judge that the defend has complied |

| | | |
|---|---|---|
| | | with conditions of release re elect monitoring. (Tape #FTR.) (smb) (Entered: 04/03/2008) |
| 04/01/2008 | 98 | (BOND REVOKED 4/14/2008) ORDER Setting Conditions of Release. Signed by Magistrate Judge Paul R Cherry on 4/1/2008. (Original signed by Defend in Court case file). (smb) Modified on 4/17/2008 (smb). (Entered: 04/03/2008) |
| 04/01/2008 | 99 | (REVOKED 4/14/2008) Appearance Bond Entered as to Jason L Stratton in amount of $ 20,000 unsecured. (smb) Modified on 4/17/2008 (smb). (Entered: 04/03/2008) |
| 04/03/2008 | 100 | MOTION for Reconsideration *of Bond* by United States of America as to Jason L Stratton. (Benson - AUSA, Philip) (Entered: 04/03/2008) |
| 04/03/2008 | 101 | Memo dated 4/2/2008 to Magistrate Judge Paul R. Cherry from Jerry Navarra US Pretrial Services Officer regarding Jason L. Stratton (2). (smb) (Entered: 04/03/2008) |
| 04/04/2008 | 102 | ORDER GRANTING 100 Motion for Reconsideration if Bond as to Jason L Stratton (2). Defendant's release is STAYED until further order of the Court. Pretrial detention rehearing set for 4/11/2008 @ 11:00 AM in Hammond before Magistrate Judge Paul R Cherry. Signed by Magistrate Judge Paul R Cherry on 4/4/08. (mc) (Entered: 04/04/2008) |
| 04/04/2008 | 103 | NOTICE RESET OF HEARING as to Jason L Stratton. Bond Hearing RESET for 4/10/2008 02:30 PM in Hammond before Magistrate Judge Paul R Cherry at the request of USA due to scheduling conflict. USM Ordered to produce the Defendant. Prior date of 4/11/2008 @11:00 AM is stricken. (smb) (Entered: 04/04/2008) |
| 04/07/2008 | 104 | NOTICE RESET OF HEARING as to Jason L Stratton. Bond Hearing set for 4/14/2008 11:00 AM in Hammond before Magistrate Judge Paul R Cherry due to scheduling conflict by defense. Prior setting of 4/10/2008 @2:30 before the Magistrate Judge is Vacated. (smb) (Entered: 04/07/2008) |
| 04/11/2008 | 105 | MOTION to Continue *April 24 Sentencing Hearing* by James W Hunt. (Scheele, Stephen) (Entered: 04/11/2008) |
| 04/14/2008 | 107 | BOND HEARING as to Jason L Stratton held on 4/14/2008, BOND REVOKED as to Jason L Stratton before Magistrate Judge Paul R Cherry. Govt appeared by AUSA Phil Benson. Dft appeared in person and by atty Arlington Foley. A Lee appeared on behalf of U S Pretrial Services. Govt presents proffered evidence and Govt Exhibits 1-4 are admitted (Tippecanoe County Court Information of Theft Counts I and II, Certified Mail Receipt from Laf Furniture unclaimed; copy of Bench Warrant 12/18/2007 Tippecanoe Court). Defend presents evidence by way of proffer. Arguments heard. Based on the new evidence the Court finds Defend is not a danger to another person or community, but determines that Defend is a serious risk to not appear for further proceedings. Court REVOKES Defendant's bond and ORDERS that Defend be held w/out bond pending Trial. Defend remanded custody USM. (Tape #FTR.) (smb) (Entered: 04/17/2008) |

| 04/14/2008 | 108 | ORDER OF DETENTION as to Jason L Stratton. Signed by Magistrate Judge Paul R Cherry on 4/14/2008. (smb) (Entered: 04/17/2008) |
| 04/16/2008 | 106 | ORDER granting 105 Motion to Continue as to James W Hunt (1) Sentencing set for 6/20/2008 @ 10:00 AM in Hammond before Judge Rudy Lozano. Signed by Judge Rudy Lozano on 4/16/08. (mc) (Entered: 04/16/2008) |
| 04/17/2008 | 109 | RETURN OF BOND HEARING EXHIBITS Govt 1-4 (4/14/2008) and BOND HEARING EXHIBITS Govt 1-3 4/1/2008) as to Jason L Stratton to AUSA Philip Benson (smb) Modified on 4/17/2008 (smb). (Entered: 04/17/2008) |
| 04/22/2008 | 110 | MOTION to Dismiss *Counts 2 through 16 of the Indictment* by United States of America as to Christina M Rivera. (Benson - AUSA, Philip) (Entered: 04/22/2008) |
| 04/22/2008 | 111 | ORDER DISMISSING COUNTS 2 through 16 for Christina M Rivera (6). Counts 2-8, 9-15, 16, are Dismissed on Government motion. Signed by Judge Rudy Lozano on 4/22/08. (mc) (Entered: 04/22/2008) |
| 04/22/2008 | | (Court only) ***Motions terminated as to Christina M Rivera: 110 MOTION to Dismiss Counts 2 through 16 of the Indictment, filed by United States of America. (mc) (Entered: 04/22/2008) |
| 04/22/2008 | 112 | SENTENCING held on 4/22/2008 for Christina M Rivera (6) before Judge Rudy Lozano. Count(s) 1, Deft is hereby committed to the custody of the BOP for a term of 1 day (time served). Upon release from imprisonment the deft shall be placed on supervised release for a period of 3 years. Deft is Ordered to pay $2800.00 in restitution and a $100.00 Special Assessment, due immediately. No Fine Imposed. Govt appeared by atty Philip Benson. Dft appeared by atty Mark Psimos. Tonika Cooper appeared on behalf of U S Probation/Pretrial Services. Count(s) 16, 2-8, 9-15, Dismissed on Government motion. (Court Reporter Richard Ehrlich.) (tlr) (Entered: 04/22/2008) |
| 04/22/2008 | 115 | JUDGMENT as to Christina M Rivera (6). Signed by Judge Rudy Lozano on 4/22/08. (tlr) (Entered: 04/23/2008) |
| 04/23/2008 | 113 | MOTION to Dismiss *Counts 2 through 16 of the Indictment* by United States of America as to Christopher Calep. (Benson - AUSA, Philip) (Entered: 04/23/2008) |
| 04/23/2008 | 114 | ORDER GRANTING 113 Motion to Dismiss Counts 2 through 16 of the Indictment as to Christopher Calep (4). Signed by Judge Rudy Lozano on 4/23/08. (mc) (Entered: 04/23/2008) |
| 04/23/2008 | 116 | SENTENCING held on 4/23/2008 for Christopher Calep (4) before Judge Rudy Lozano. Count(s) 1, Deft is hereby committed to the custody of the BOP to be imprisoned for a term of 37 months. Upon release from imprisonment Deft shall be placed on supervised release for a period of 3 years. No Fine imposed. Restitution ordered in the amount of $120,000 to be paid Joint and Several with other responsible Defendants and a Special |

| | | |
|---|---|---|
| | | Assessment of $100.00 due immediately. Count(s) 16, 2-8, 9-15, Dismissed on Government motion. Govt appeared by atty Philip Benson. Dft appeared by atty Andrea Gambino. Paula Pramuk appeared on behalf of U S Probation/Pretrial Services. Deft remanded to the custody of the USM for imposition of sentence. (Court Reporter Richard Ehrlich.) (tlr) (Entered: 04/23/2008) |
| 04/24/2008 | 117 | JUDGMENT AND COMMITMENT as to Christopher Calep (4). Signed by Judge Rudy Lozano on 4/24/08. (tlr) (Entered: 04/24/2008) |
| 05/21/2008 | 118 | ORDER TRANSFERRING JURISDICTION as to Christina M Rivera upon the acceptance by USDC for the Northern District of Illinois, Chicago Division. (Original to USPO). Signed by Judge Rudy Lozano on 5/21/08. (mc) (Entered: 05/21/2008) |
| 05/22/2008 | 119 | NOTICE OF HEARING as to Demetrius A Williams: Sentencing set for 5/30/2008 at 9:45 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 05/22/2008) |
| 05/29/2008 | 120 | MOTION to Continue *Trial* by Jason L Stratton. (Foley, Arlington) (Entered: 05/29/2008) |
| 05/29/2008 | 121 | ORAL ORDER taking under advisement 120 Motion to Continue as to Jason L Stratton (2). REAFFIRMING Final Pretrial Conference for 5/30/2008 03:00 PM in Hammond before Magistrate Judge Paul R Cherry. Note: Change in time at request of defense counsel w/out objection due to scheduling conflict. Text entry only. By Magistrate Judge Paul R Cherry on 5/29/2008. (smb) (Entered: 05/29/2008) |
| 05/30/2008 | 122 | ORDER DENYING 120 Motion to Continue as to Jason L Stratton (2). The Court REAFFIRMS the Final Pre-Trial Conference setting for May 30, 2008, at 3:00 p.m. (C.S.T.), before Magistrate Judge Paul R. Cherry, and the Jury Trial setting for June 9, 2008, at 8:30 a.m. (C.S.T.), before District Court Judge Rudy Lozano. Signed by Magistrate Judge Paul R Cherry on 5/30/08. (mc) (Entered: 05/30/2008) |
| 05/30/2008 | 123 | NOTICE OF HEARING as to Demetrius A Williams: Sentencing reset for 6/12/2008 at 10:30 AM in Hammond before Senior Judge James T Moody. (efc) (Entered: 05/30/2008) |
| 05/30/2008 | 124 | PRETRIAL CONFERENCE as to Jason L Stratton held on 5/30/2008 before Magistrate Judge Paul R Cherry. Govt appeared by AUSA P Benson. Dft appeared by atty A Foley. Defense counsel will review proposed plea agreement with client on morning of 6/2/2008. (Final Pretrial Conference RESET for 6/2/2008 01:15 PM in Hammond before Magistrate Judge Paul R Cherry) only in the event a plea agreement is not on file by that date/time. (Tape #FTR.) (smb) (Entered: 05/30/2008) |
| 06/02/2008 | 125 | PLEA AGREEMENT as to Jason L Stratton (Benson - AUSA, Philip) (Entered: 06/02/2008) |
| 06/02/2008 | 126 | NOTICE OF HEARING as to Jason L Stratton. Change of Plea Hearing set for 6/3/2008 at 10:00 AM in Hammond before Judge Rudy Lozano. (tlr) |

| | | (Entered: 06/02/2008) |
|---|---|---|
| 06/02/2008 | 127 | (Scheduled as) FINAL PRETRIAL CONFERENCE. BOND HEARING as to Jason L Stratton held on 6/2/2008 before Magistrate Judge Paul R Cherry. Govt appeared by AUSA Philip Benson. Dft appeared with atty Arlington Foley. Tonika Cooper appeared on behalf of U S Probation/Pretrial Services. Hearing held as to Bond for Dft. Dft let out of Lake County Jail by mistake. Dft self-surrendered to court and signs a plea agreement. Dft sworn and questioned as to his living arrangements w/girlfriend. Court VACATES Detention Order [#108} and Dft is RELEASED on $20,000 unsecured bond w/supervision. Dft to report to Judge Lozano for Change of Plea Hearing on 6/3/2008 10:00 AM in Hammond. Dft RELEASED. (Digitally Recorded.) (plm) (Entered: 06/02/2008) |
| 06/02/2008 | 128 | Appearance Bond Entered as to Jason L Stratton in amount of $ 20,000.00. (plm) (Entered: 06/02/2008) |
| 06/02/2008 | 129 | ORDER Setting Conditions of Release as to Jason L Stratton (2). Signed by Magistrate Judge Paul R Cherry on 6/2/08. (plm) (Entered: 06/02/2008) |
| 06/03/2008 | 130 | CHANGE OF PLEA HEARING as to Jason L Stratton held on 6/3/2008 before Judge Rudy Lozano. Govt appeared by atty Philip Benson. Dft appeared by atty Arlington Foley. Tonika Cooper appeared on behalf of U S Probation/Pretrial Services. Hearing continued to Friday, 6/6/08 at 12:00 noon before Honorable Judge Rudy Lozano in Hammond. (Court Reporter Richard Ehrlich.) (tlr) (Entered: 06/05/2008) |
| 06/06/2008 | 131 | CHANGE OF PLEA HEARING as to Jason L Stratton held on 6/6/2008 before Judge Rudy Lozano. Plea entered by Jason Stratton Guilty as to Count 1 of the Indictment. Court now accepts deft's plea of guilty and he is adjudged guilty of the charge contained in Count 1 of the Indictment. Court refers the deft to USPO for preparation of the PSI. Court reserves the right to accept or reject the deft's plea agreement until time of sentencing and after review of the PSI. Deft proffers to the Court as to remain on Bond. He is found neither to be danger to the community nor a flight risk. Deft shall remain on Bond with current pre-trial conditions remaining. Govt appeared by atty Philip Benson. Dft appeared by atty Arlington Foley. (Court Reporter Richard Ehrlich.) (tlr) (Entered: 06/09/2008) |
| 06/09/2008 | 132 | NOTICE OF HEARING as to Jason L Stratton. Sentencing set for 9/24/2008 at 12:30 PM in Hammond before Judge Rudy Lozano. (tlr) (Entered: 06/09/2008) |
| 06/12/2008 | 133 | MOTION to Dismiss *Counts 2 through 16 and the forfeiture allegation contained in the Indictment* by United States of America as to Demetrius A Williams. (Benson - AUSA, Philip) (Entered: 06/12/2008) |
| 06/12/2008 | 134 | SENTENCING held on 6/12/2008 for Demetrius A Williams (3) before Senior Judge James T Moody. Govt appeared by atty Philip Benson. Dft appeared by atty Charles Stewart. Paula Pramuk appeared on behalf of U S Probation/Pretrial Services. The Court accepts the plea agreement. Count(s) 1: The defendant is committed to the custody of the U.S. Bureau of Prisons |

| | | |
|---|---|---|
| | | to be imprisoned for a term of 18 months. Upon release from imprisonment, the defendant shall be placed on Supervised Release for a term of 3 years. The defendant shall make restitution in the amount of $99,419.00 to Bank of America. The payment shall be made joint and several with co-defendants and shall be made payable to the Clerk for transfer to the victim. Special Assessment $100.00. The defendant shall surrender for service of sentence to the designated institution before 2:00 p.m. on Friday August 1, 2008. The government moves to dismiss Counts 2-16 and the forfeiture allegation contained in the Indictment; Granted. (Court Reporter Vickie Dudeck) (efc) Modified on 6/12/2008 to add docket text. (efc). (Entered: 06/12/2008) |
| 06/12/2008 | 135 | ORDER FOR DISMISSAL of Counts 2-16 and the forfeiture allegation contained in the Indictment granting 133 Motion to Dismiss as to Demetrius A Williams (3). Signed by Senior Judge James T Moody on 6/12/08. (efc) (Entered: 06/12/2008) |
| 06/12/2008 | 136 | JUDGMENT as to Demetrius A Williams (3). Signed by Senior Judge James T Moody on 6/12/08. (efc) (Entered: 06/13/2008) |
| 06/19/2008 | 137 | BRIEF by James W Hunt *Memorandum in Aid of Sentencing* (Scheele, Stephen) (Entered: 06/19/2008) |
| 06/20/2008 | 138 | MOTION to Dismiss *Counts 2 through 16 and forfeiture allegation contained in the Indictment* by United States of America as to James W Hunt. (Benson - AUSA, Philip) (Entered: 06/20/2008) |
| 06/20/2008 | 139 | SENTENCING held on 6/20/2008 for James W Hunt (1) before Judge Rudy Lozano. Government presents evidence to the Court and Arguments heard. Count 1, Deft is hereby committed to the custody of the BOP for a term of 57 months. 12 months of this term shall run concurrent with the term of imprisonment imposed in Count 1 of the Indictment in Northern District of Georgia, Case No. 1:05cr244. Remaining 45 months to be served consecutively to any other prior sentence imposed. Upon release from Imprisonment deft shall be placed on supervised release for a period of 5 years. Deft shall pay restitution in the amount of $120,000.00. No Fine Imposed. Special Assessment in the amount of $100.00 due immediately. Govt orally moves to Dismiss Counts 2 through 16 and the forfeiture allegation. Granted upon filing of formal motion by the Govt. Govt appeared by atty Philip C. Benson. Dft appeared on behalf of himself and by atty Stephen E. Scheele. Paula Pramuk appeared on behalf of U S Probation/Pretrial Services. (Court Reporter Richard Ehrlich.) (tlr) (Entered: 06/20/2008) |
| 06/20/2008 | 140 | Sentencing EXHIBIT LIST regarding James W Hunt, for Sentencing Held 6/20/08. (tlr) (Entered: 06/20/2008) |
| 06/20/2008 | 141 | ORDER DISMISSING COUNTS for James W Hunt (1); Counts 2-16 are dismissed upon motion from the Government at Sentencing. Motions terminated as to James W Hunt: 138 MOTION to Dismiss *Counts 2 through 16 and forfeiture allegation contained in the Indictment* filed by United States of America. Signed by Judge Rudy Lozano on 6/20/08. (mc) |

| | | |
|---|---|---|
| | | (Entered: 06/23/2008) |
| 06/27/2008 | <u>142</u> | JUDGMENT AND COMMITTMENT as to James W Hunt (1). Signed by Judge Rudy Lozano on 6/27/08. (tlr) (Entered: 06/27/2008) |
| 07/07/2008 | <u>143</u> | Jurisdiction Transferred to Northern District of Illinois (Chicago Division) as to Christina M Rivera. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (mc) (Entered: 07/08/2008) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED

06 JUN 22  PM 3: 06

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CAUSE NO: |
| v. | ) | |
| | ) | |
| JAMES W. HUNT | ) | 18 U.S.C. §2 |
| JASON L. STRATTON | ) | 18 U.S.C. § §1029(a)(2) |
| DEMETRIUS A. WILLIAMS | ) | 18 U.S.C. § 1029(b)(2) |
| CHRISTOPHER CALEB P | ) | 18 U.S.C. § 1343 |
| JEREMY J. MILLER | ) | 18 U.S.C. § 1344 |
| CHRISTINA M. RIVERA | ) | 18 U.S.C. § 1349 |
| ASIEL POOLE | ) | |

2 : 06 CR 106 RL

**SEALED**

## INDICTMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By
DEPUTY CLERK
Date  JUL 0 8 2008

**THE GRAND JURY CHARGES:**

### COUNT 1: Conspiracy

At all times material to this indictment:

A.    **BACKGROUND**

1.    Bank One was a financial institution engaged in interstate commerce and had offices and

bank branches in both Illinois and Indiana.

2.    Bank One was a financial institution insured by the Federal Deposit Insurance

Corporation (FDIC).

3.    Bank One had ATM's (automated teller machines) located throughout Illinois and

Indiana.

4.    United States Post offices located in Indiana and Illinois were issuers of money orders.

5.    Postal money orders could be obtained at these United States Postal locations by means

of electronic debit card transactions.

1

**Horshoe Casino / Global Payments Inc.**

6.    Horseshoe Casino was a gambling casino located in Hammond, Indiana.

7.    Global Payments Inc., was a business based in Atlanta, Georgia, and was engaged in

interstate commerce.  Global Payments Inc.,  processed and cleared electronic fund

transfers for various banks and other facilities located throughout the United States.

8.    All processing and clearing of electronic fund transfers by Global Payments Inc., which

was done for Horseshoe Casino, involved the transmission of electronic information from

inside the State of Indiana to outside the State of Indiana, and across various state

boundary lines.

**Trump Casino / Cash Systems Inc.**

9.     Trump Casino was a gambling casino located in Gary, Indiana.

10.    Cash Systems Inc., was a business based in Burnsville, Minnesota, and was engaged in

interstate commerce.  Cash Systems Inc.,  processed and cleared electronic fund transfers

for various banks and other facilities located throughout the United States.

11.    All processing and clearing of electronic fund transfers by Cash Systems Inc., which was

done for Trump Casino, involved the transmission of electronic information from inside

the State of Indiana to outside the State of Indiana, and across various state boundary

lines.

**Obtaining a Cash Advances - Horseshoe and Trump Casino**

12.    As part of the routine course of business at Horshoe Casino and Trump Casino,

individuals wishing to gamble could obtain a cash advance on either their credit card, or

through a debit to their bank debit card.

13.     To obtain cash with a debit card, an individual would have to obtain a player's card,

present a debit card to casino officials, and then request a debit withdrawal in a specific

dollar amount.

14.     With either a cash advance with a credit card, or a debit card withdrawal transaction,

casino officials would swipe the card through an electronic magnetic card processing

device and enter additional data regarding the transaction (i.e. requested cash amount).

This electronic data contained on the magnetic strip (account number and other

information) and the additional data entered by casino officials, would then be transferred

in interstate commerce from inside the State of Indiana to outside the State of Indiana by

means of interstate wire transmissions.

15.     At Trump Casino, this electronic data would be transferred in interstate commerce from

the State of Indiana to the State of Minnesota by interstate wire to Cash Systems Inc.

Cash Systems Inc., would then electronically contact the bank that issued the debit or

credit card to verify the availability of the requested funds. After receiving this

information from the bank, Cash Systems Inc., would either approve or disapprove the

request. This approval or denial was then wired back to the Trump Casino located in the

State of Indiana.

16.     At Harrah's Casino, this electronic data would be transferred in interstate commerce from

the State of Indiana to the State of Georgia by interstate wire to Global Payments Inc.

Global Payments Inc., would then electronically contact the bank that issued the debit or

credit card to verify the availability of the requested funds. After receiving this

information from the bank, Global Payments Inc., would either approve or disapprove the

request. This approval or denial was then wired back to the Horseshoe Casino located in the State of Indiana.

17.   At both casinos, if the debit transaction was approved, the amount of the debit request would be given to the individual in the form of a check. This check was then endorsed by the individual. This check was then cashed by the Casino and the funds given to the individual.

**B.    THE CONSPIRACY**

18.   Between on or about the April of 2004, continuing through on or about April 2005, the exact dates being unknown to the Grand Jury, in the Northern District of Indiana and elsewhere, the defendants,

**JAMES W. HUNT**
**JASON L. STRATTON**
**DEMETRIUS A. WILLIAMS**
**CHRISTOPHER CALEB**
**JEREMY J. MILLER**
**CHRISTINA M. RIVERA, and**
**ASIEL POOLE**

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire with one another and other individuals both known and unknown to the Grand Jury, to commit the following offenses against the United States:

*(a) to knowingly devise and intend to devise a scheme and artifice to defraud, and attempt to defraud, Bank One, a financial institution insured by the FDIC.*

*All in violation of Title 18 United States Code § 1344 and 1349;*

*(b) to knowingly devise and intend to devise a scheme and artifice to defraud, and attempt to defraud, Bank One and the United State Postal Service, of money and*

4

*property, by means of interstate wire transmissions.*

*All in violation of Title 18 United States Code § 1343 and 1349;*

*(c) to knowingly and with the intent to defraud, effect transactions, in and affecting interstate commerce, by using one or more unauthorized access devices, to obtain any items of value aggregating $1,000.00 or more during any 1-year period.*

*All in violation of Title 18 United States Code § 1029(a)(2) and 1029(b)(2).*

**C.    MANNER AND MEANS OF THE CONSPIRACY**

During the course of this conspiracy, th following did occur:

19.    The defendants devised a scheme to obtain money or property by means of false or fraudulent pretenses by defrauding numerous financial institutions, retail establishments, and the United States Postal Service, in Illinois and Indiana.

20.    With a small initial deposit, the defendants did open, or caused to be opened, numerous bank accounts at various banks, located in Illinois, Indiana, or Georgia, including several accounts at Bank One.

21.    The defendants accomplished this by either opening the account themselves or recruiting numerous other individuals to open bank accounts located in either Illinois, Indiana, or Georgia.

22.    After these various bank accounts were opened, the defendants caused to be deposited into these various bank accounts, small initial deposits resulting in a small positive balance being maintained in the account.

23.    The defendants then obtained the debit card and pin number for these accounts, thereby allowing them to electronically withdraw and deposit funds into these accounts. These

debit cards and pin numbers were either obtained by the defendants directly or given to them by the account holder.

24.  Bank One's policy, as well as several other banks, regarding deposited checks which were drawn on another bank, was to immediately credit the funds from the check to the depositor's account before the check actually cleared the bank that the check was drawn on. This resulted in an immediate increase in the account holder's account balance for a short period of time.  This would occur even if the deposited check was subsequently determined to be of no value. This same policy was followed by Bank One for deposits made at ATM machines.

25.  The defendants, who were aware of this policy, deposited, or caused to be deposited into these various bank accounts, either in person or at an ATM, numerous checks in large dollar amounts, which at all times the defendants knew to be stolen, counterfeit or otherwise worthless, thereby temporarily fraudulently inflating the available balances of these accounts.

26.  On several occasions, the defendants deposited, or caused to be deposited into these various bank ATM machines, empty deposit envelopes, while simultaneously entering false deposit amounts on the ATM keypads of these machines, thereby temporarily fraudulently inflating the available balances of these accounts.

27.  Prior to detection by bank officials that these ATM deposits were empty envelopes, or that the actual checks deposited were worthless, the defendants would use the bank issued debit card and pin number to access these fraudulently inflated account balances to obtain money and property by engaging in ATM cash withdraws, casino boat cash debit

6

transactions, and numerous retail merchant purchases.

28.    Eventually the empty ATM envelopes or the worthless checks would be discovered by

bank officials. These  fraudulently inflated account balances would then be reduced in

value according, usually resulting in a several thousand dollar negative account balance

and subsequent loss to the bank. The defendants would retain all of the cash and

merchandise obtained from these fraudulent transactions.

**D.    OVERT ACTS**

29.    In furtherance of the conspiracy and to achieve the objects thereof, the defendants

**JAMES W. HUNT**
**JASON L. STRATTON**
**DEMETRIUS A. WILLIAMS**
**CHRISTOPHER CALEB**
**JEREMY J. MILLER**
**CHRISTINA M. RIVERA, and**
**ASIEL POOLE**

committed and caused to be committed the following overt acts in the Northern District

of Indiana and elsewhere:

30.    On or about the April of 2004, continuing through on or about April 2005, the defendants

engaged in multiple fraudulent ATM deposits and withdrawals throughout Indiana and

Illinois.

31.    On or about the April of 2004, continuing through on or about April 2005, the defendants

opened, or caused to be opened, multiple Bank One accounts for the purpose of

depositing worthless checks into these accounts and fraudulently inflating the available

balance in these accounts.

32.    On or about the April of 2004, continuing through on or about April 2005, the defendants

used Bank One debits cards to access fraudulently inflated balances in these accounts to obtain items of value at various retail establishments throughout Illinois and Indiana.

33.   On or about the April of 2004, continuing through on or about April 2005, the defendants used Bank One debits cards to access fraudulently inflated balances in these accounts to obtain U.S. Postal money orders at various United States Post Offices.

34.   On or about the April of 2004, continuing through on or about April 2005, the defendants used Bank One debits cards to access fraudulently inflated balances in these accounts to obtain American Express money orders.

35.   On or about the April of 2004, continuing through on or about April 2005, the defendants used Bank One debits cards to access fraudulently inflated balances in these accounts to obtain pesos (Mexican currency) at O'Hare Airport and then the defendant's did convert these pesos into American currency.

36.   On or about the April of 2004, continuing through on or about April 2005, the defendants used Bank One debits cards to access fraudulently inflated balances in these accounts to obtain cash advances at various casinos located in Northwest Indiana.

37.   On or about September 9, 2004, at approximately 10:14 P.M.., the defendants deposited a $4700.00 worthless check into an ATM at Bank One, in Hammond, Indiana.

38.   On or about September 9, 2004, at approximately 11:01 P.M.., the defendants deposited a $4500.00 worthless check into an ATM at Bank One, in Hammond, Indiana.

39.   On or about September 10, 2004, at approximately 12:24 A.M., the defendants deposited a $4300.00 worthless check into an ATM at Bank One, in Whiting, Indiana.

40.   On or about September 10, 2004, at approximately 1:47 A.M., the defendants deposited a

$4800.00 worthless check into an ATM at Bank One, in Griffith, Indiana.

41.    On or about September 10, 2004, at approximately 2:29 A.M., the defendants deposited

an empty envelope into an ATM at Bank One, in Gary, Indiana, and entered electronic

information on the ATM keyboard representing this envelope to contain a $5200.00,

deposit.

42.    On or about September 10, 2004, at approximately 2:39 A.M., the defendants deposited

an empty envelope into an ATM at Bank One, in Gary, Indiana, and entered electronic

information on the ATM keyboard representing this envelope to contain a $4800.00,

deposit.

43.    On or about October 13, 2004, the defendants did conspire with Stacy S. Jones and did

cause her to travel to the Horseshoe Casino in Hammond, Indiana, to attempt to use the

funds from a $3600.00 worthless check deposited into her Bank One account, to engage

in a fraudulent $2500 cash back debit card transaction

44.    On or about October 14, 2004, the defendants did conspire with Calvin Miller and cause

him to travel to the Horseshoe Casino in Hammond, Indiana, to attempt to use the funds

from a $4000.00 worthless check deposited in a Bank One checking account, to engage in

a fraudulent $2700 cash back debit card transaction.

45.    On or about October 19, 2004, the defendants did conspire with Paul Northern, and cause

him to travel to the Horseshoe Casino in Hammond, Indiana, to attempt to use funds from

a worthless check deposited in a Bank One checking account, to engage in a $2900 cash

back debit card transaction.

46.    On or about October 26, 2004, the defendants did conspire with Janine Hudson, and

cause him to travel to the Trump Casino in Gary, Indiana, and attempt to use funds from a $4700.00 worthless check deposited in a Bank One checking account, to engage in a $2800 cash back debit card transaction.

47.    On or about October 26, 2004, the defendants did cause individual #1 to travel to the Horseshoe Casino in Hammond, Indiana, to attempt to use funds from a worthless check deposited in a Bank One checking account, to engage in a $2800 cash back debit card transaction.

48.    On or about November 3, 2004, the defendants conspire with Antonio Perkins and cause Antonio Perkins to travel to the Horseshoe Casino in Hammond, Indiana, to attempt to use funds from a worthless check deposited in a Bank One checking account, to engage in a $2800 cash back debit card transaction.

49.    On or about April 20, 2005, the defendants did send a Federal Express package from Atlanta, Georgia, to Chicago, Illinois, containing documents and fraudulent information, to further engage in additional fraudulent ATM deposits and debit withdrawals.

All in violation of Title 18 United States Code § 1029(a)(2), 1029(b)(2), 1343, 1344 and 1349.

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNTS 2-8: Bank Fraud**</u>

1.    The Grand Jury realleges and incorporates by reference paragraphs 1 through 49 of Count

One of this indictment.

2.    On or about the following dates, in the Northern District of Indiana,

**JAMES W. HUNT**
**JASON L. STRATTON**
**DEMETRIUS A. WILLIAMS**
**CHRISTOPHER CALEB**
**JEREMY J. MILLER**
**CHRISTINA M. RIVERA, and**
**ASIEL POOLE**

the defendants herein, for the purpose of executing the above-described scheme and attempting

to do so, and aiding and abetting in the execution of this scheme, did knowingly attempt to

defraud Bank One, a financial institution insured by the Federal Deposit Insurance Corporation

(FDIC).

All in violation of Title 18, United States Code, Section 1344, and 2.

| <u>Count</u> | <u>Date</u> |
|:---:|:---:|
| 2 | September 9, 2004, at approximately 10:14 P.M. |
| 3 | September 10, 2004, at approximately 2:29 A.M. |
| 4 | October 13, 2004 |
| 5 | October 14, 2004 |
| 6 | October 26, 2004 |
| 7 | October 26, 2004 |
| 8 | November 3, 2004 |

11

**THE GRAND JURY FURTHER CHARGES:**

## COUNTS 9-15: Wire Fraud

1.    The Grand Jury realleges and incorporates by reference paragraphs 1 through 49 of Count

One of this indictment.

2.    On or about the following dates, in the Northern District of Indiana,

**JAMES W. HUNT**
**JASON L. STRATTON**
**DEMETRIUS A. WILLIAMS**
**CHRISTOPHER CALEB**
**JEREMY J. MILLER**
**CHRISTINA M. RIVERA, and**
**ASIEL POOLE**

the defendants herein, for the purpose of executing the above-described scheme and attempting

to do so, and aiding and abetting in the execution of this scheme, did knowingly cause to be

transmitted in interstate commerce by means of a wire communication, from Indiana to outside

the state of Indiana, certain signals, that is, electronic data and information contained on the

magnetic strip of debit cards, to obtain cash and other property.

All in violation of Title 18 United States Code §1343 and 2.

| Count | Date |
|-------|------|
| 9 | September 9, 2004, at approximately 10:14 P.M. |
| 10 | September 10, 2004, at approximately 2:29 A.M. |
| 11 | October 13, 2004 |
| 12 | October 14, 2004 |
| 13 | October 26, 2004 |
| 14 | October 26, 2004 |
| 15 | November 3, 2004 |

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 16: Access Device Fraud

1.      The Grand Jury realleges and incorporates by reference paragraphs 1 through 49 of Count

One of this indictment.

2.      Between April 1, 2004, and April 1, 2005, in the Northern District of Indiana, and

elsewhere,

**JAMES W. HUNT
JASON L. STRATTON
DEMETRIUS A. WILLIAMS
CHRISTOPHER CALEB
JEREMY J. MILLER
CHRISTINA M. RIVERA, and
ASIEL POOLE**

defendants herein, did knowingly and with the intent to defraud, use in and affecting interstate

commerce, one or more unauthorized access devices, to receive any thing of value, aggregating

$1,000.00 or more, during any 1-year period.

All in violation of Title 18 United States Code § 1029(a)(2) and 2.

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1-16 of this Indictment, the defendants,

**JAMES W. HUNT
JASON L. STRATTON
DEMETRIUS A. WILLIAMS
CHRISTOPHER CALEB
JEREMY J. MILLER
CHRISTINA M. RIVERA, and
ASIEL POOLE**

shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation(s), including but not limited to the following:

1. MONEY JUDGMENT

A sum of money equal to $200,000.00, in United States currency, representing the amount of proceeds obtained as a result of the offense of wire fraud, for which the defendants are liable

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

14

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

S/ Foreperson
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY


By:    S/ Philip C. Benson
Philip C. Benson
Assistant United States Attorney

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

NORTHERN                    District of                    INDIANA

UNITED STATES OF AMERICA          **JUDGMENT IN A CRIMINAL CASE**
**V.**

|                               |              |
|-------------------------------|--------------|
| Case Number:                  | 2:06 CR 106 - 6 |
CHRISTINA MARIE RIVERA          | USM Number: | 08885-027 |

Mark Psimos
Defendant's Attorney

## THE DEFENDANT:

X pleaded guilty to count(s)    One

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By
DEPUTY CLERK
Date  JUL 0 8 2008

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|-----------------|-------------------|---------------|-------|
| 18:1344 and 18:1349 | Conspiracy to Commit Bank Fraud | April 2005 | One |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

X Count(s)    2 through 16    ☐ is    X are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 22, 2008
Date of Imposition of Judgment

/s/ Rudy Lozano
Signature of Judge

Honorable Rudy Lozano, United States District Court Judge
Name and Title of Judge

April 22, 2008
Date

AO 245B    (Rev. 06/05) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___6___

DEFENDANT:        CHRISTINA MARIE RIVERA
CASE NUMBER:      2:06 CR 106 - 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:        One Day (time served)

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐  a.m.  ☐  p.m.   on  _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____  to  _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___6___

DEFENDANT:       CHRISTINA MARIE RIVERA
CASE NUMBER:     2:06 CR 106 - 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :     Three Years

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

X    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.   The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.

2.   The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.

3.   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4.   The defendant shall support the defendant's dependents and meet other family responsibilities.

5.   The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

6.   The defendant shall notify the probation officer at least ten (10) days prior to any change of residence or employment.

7.   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8.   The defendant shall not frequent places where controlled substances are illegally sold, used distributed, or administered, or other places specified by the court.

9.   The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10.   The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11.   The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

12.   The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13.   As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14.   The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

15.   The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3C — Supervised Release

DEFENDANT:        CHRISTINA MARIE RIVERA
CASE NUMBER:      2:06 CR 106 - 6

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

The defendant shall provide the probation officer with access to any requested financial information.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

The defendant shall participate in a mental health treatment program under a co-payment program at the direction and discretion of the probation officer.

The defendant shall participate in a co-payment program to offset the cost of treatment. The co-payment amount is based on annual poverty guidelines established by the U.S. Department of Health and Human Services (HHS) on a sliding scale basis. The co-payment amount shall not exceed an amount determined by the Probation Officer's Sliding Scale for Monthly Co-Payment.

The defendant shall commence restitution payments in the manner and schedule as determined by the Court. The imposed payment schedule will remain in effect until such time as the Court is notified by the defendant, victim, or government and that there has been a material change in the defendant's ability to pay.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___6___

DEFENDANT: CHRISTINA MARIE RIVERA
CASE NUMBER: 2:06 CR 106 - 6

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 2800.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X The defendant shall make restitution (including community restitution) payable to Clerk, U.S. District Court, 5400 Federal Plaza, Suite 2300, Hammond, IN 46320 for the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Bank One (Chase) |  | $2,800.00 |  |

| | | |
|---|---|---|
| **TOTALS** | $ _____ | $ _____2,800.00_____ |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
          Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT:    CHRISTINA MARIE RIVERA
CASE NUMBER:    2:06 CR 106 - 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A    X    Lump sum payment of $ __2,900.00__ due immediately, balance due

      ☐  not later than _____ , or
      ☐  in accordance    ☐ C,    ☐ D,    ☐  E, or    ☐ F below; or

B    ☐    Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

C    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
          _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
          _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
          term of supervision; or

E    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
          imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    X    Special instructions regarding the payment of criminal monetary penalties:

          It is ordered that the restitution amount is due in full immediately. In the event the amount cannot be paid in full, Restitution shall
          be paid at a minimum rate of $100.00 per month, commencing 30 days after placement on supervision until said amount is paid in
          full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.